```
GEORGE S. CARDONA
Acting United States Attorney           JS - 6
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ERIKA JOHNSON-BROOKS
Assistant United States Attorney
California Bar Number: 210908
     Room 7516, Federal Building
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-0474
     Facsimile: (213) 894-7819
     Erika.Johnson@usdoj.gov

Attorneys for Federal Defendants
James B. Peake, Secretary of the Department of Veterans Affairs,
and Department of Veterans Affairs
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LARRY RADFORD, | ) No.  CV 08-06211 MMM (MANx) |
| Plaintiff, | ) |
| v. | ) **[PROPOSED]** ORDER |
| JAMES B. PEAKE, Secretary of Veterans Affairs, Department of Veterans Affairs, | ) |
| Defendants. | ) |

 Pursuant to the Stipulation for Compromise Settlement filed by the parties,

 IT IS HEREBY ORDERED:

 1. Plaintiff's action is dismissed with prejudice in its entirety;

 2.   Each party shall bear their own costs of suit and

1  attorneys fees;

2      3.  The Court retains jurisdiction pending payment and

3  execution of the settlement.

4      DATED: October 28, 2009

```
                              _____
                              MARGARET M. MORROW
                              UNITED STATES DISTRICT JUDGE
```

PRESENTED BY:

GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division


/s/ Erika Johnson-Brooks
ERIKA JOHNSON-BROOKS
Assistant United States Attorney
Attorneys for Defendants

2